**Order entered March 14, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00186-CR

## DANNY ARAGONMARQUEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-12099-U**

## ORDER

For reasons that are not clear, appellant's March 13, 2020 timely filed notice of appeal was only recently forwarded in this Court. We **ORDER** the clerk's and reporter's records filed by April 11, 2022.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Huff, Presiding Judge, 291st Judicial District Court; to Felicia Pitre, Dallas County District Clerk; to Sasha Brooks, official court reporter, 291st

Judicial District Court; to Nanette Hendrickson; and to the Dallas County District Attorney's Office, Appellate Division.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE